**Dismissed; and Opinion Filed May 22, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00630-CV**

**No. 05-15-00631-CV**

**No. 05-15-00632-CV**

**IN RE AARON MICHAEL REEVES, Relator**

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 065573, No. 065574, No. 065572**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Evans
Opinion by Justice Lang

Relator filed this petition for writ of mandamus against the sheriff of Grayson county. Texas courts of appeals have been granted limited original jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). This Court lacks jurisdiction to grant a petition for writ of mandamus against the Grayson county sheriff, unless the issuance of a writ of mandamus against the sheriff is necessary to enforce the Court's jurisdiction. *Silva v. Klevenhagen*, 833 S.W.2d 746, 747 (Tex. App.–Houston [1st Dist.] 1992, orig. proceeding). No such allegation has been made in this case. We dismiss the petition for lack of jurisdiction.

150630F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE